UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60952-CIV-DIMITROULEAS

EDMARK PROPERTIES, LLC, and
RONALD J. WITKO, as Trustee of the
RONALD J. WITKO TRUST,

     Plaintiffs,

vs.

ARGAMAN GROUP, LLC, and
MIKHAEL E. KEIFITZ, JD, MBA, LNHA
d/b/a the LAW OFFICES OF MIKHAEL
E. KEIFITZ, ESQ.,

     Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 51], issued on July 16, 2026, and Plaintiff's Verified Motion for Attorneys' Fees and Costs against Defendant Argaman Group, LLC [DE 37]. The Court notes that no objections to the Report [DE 51] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 51] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 51] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 51] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for Attorneys' Fees and Costs against Defendant Argaman Group, LLC [DE 37] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded attorney's fees in the amount of $12,560.50, and costs in the amount of $470.00, for a total award of $13,030.50.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record